**Exhibit A to the Complaint**

**Location:** Stratford, CT  
**Total Works Infringed:** 29  
**IP Address:** 173.220.200.138  
**ISP:** Optimum Online

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 4ED2350365BDA4C8207A8CCEDBC81B0340E58ABC | 03/10/2019 14:02:53 | Blacked Raw | 02/16/2019 | 03/11/2019 | PA0002158595 |
| 2 | 051A52EFFAA41578BB5F4F7EDE4827997D21BC4C | 08/01/2018 14:25:48 | Vixen | 07/23/2018 | 09/05/2018 | PA0002135670 |
| 3 | 05A7B52E88CC9418AD100770A8B91C7FCBB1C243 | 05/28/2018 13:37:23 | Blacked Raw | 04/22/2018 | 05/24/2018 | PA0002101381 |
| 4 | 132E0782A298ADD3C5CDAA3B0AD3072B3E13BB95 | 03/10/2019 11:53:20 | Blacked Raw | 02/26/2019 | 03/31/2019 | PA0002163980 |
| 5 | 1ED7894C730F91D284F9451A87ECDC8F5187BF50 | 06/03/2018 15:58:20 | Blacked Raw | 05/12/2018 | 05/24/2018 | PA0002101380 |
| 6 | 209ADEA84CE0566D845611964D4E17054104ACA5 | 09/15/2018 11:16:53 | Tushy | 08/29/2018 | 10/16/2018 | PA0002127775 |
| 7 | 22090FF3F5A86A9D9C1037E959193A0D2E8DF88C | 02/10/2018 17:02:05 | Blacked Raw | 01/27/2018 | 03/02/2018 | PA0002104873 |
| 8 | 3AC085445643E065B2D6E0729C5CCA39C38EB0F7 | 12/15/2018 14:18:34 | Blacked Raw | 12/08/2018 | 12/18/2018 | PA0002141919 |
| 9 | 3E770665FF14213C98B2746B028AE2F335C6569B | 11/03/2017 12:01:00 | Blacked | 11/01/2017 | 11/27/2017 | PA0002098034 |
| 10 | 41C62207ADF0D03D82414693BAA46DB231130B94 | 01/10/2018 15:19:13 | Tushy | 11/12/2017 | 11/30/2017 | PA0002098037 |
| 11 | 43E0D25E70530A6C6837D3E3EBC16B958F2E24AC | 04/08/2018 15:48:24 | Blacked Raw | 03/28/2018 | 04/12/2018 | PA0002091513 |
| 12 | 4CB998506766F8F138B2C5042D4A5355D70B229D | 10/27/2017 11:59:52 | Blacked Raw | 10/24/2017 | 11/30/2017 | PA0002098011 |
| 13 | 4FD530AFCD695ED8E130447A426E45259006C41E | 11/03/2017 12:28:03 | Tushy | 10/28/2017 | 12/04/2017 | PA0002098014 |
| 14 | 5B1F17D1471204648826D120F6E497D42524C839 | 01/12/2019 17:43:45 | Vixen | 05/04/2018 | 06/19/2018 | PA0002126680 |
| 15 | 739EB8A76A0350F7CA58F6464551E732BCED35C1 | 11/09/2017 12:59:16 | Blacked Raw | 11/03/2017 | 12/04/2017 | PA0002098024 |
| 16 | 73F33BDDD94B5889A8E8758E88B3D09B30F3525E | 05/28/2018 13:09:52 | Blacked Raw | 05/07/2018 | 06/19/2018 | PA0002126670 |
| 17 | 785CDFDBD2818F181DF55860F6750AD9F1784C27 | 03/24/2019 11:39:42 | Vixen | 03/15/2019 | 04/08/2019 | PA0002164872 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | 7B57FCC04E365EC8AFA37E1EEDD1AEC885BB92B3 | 12/21/2017 13:41:43 | Blacked | 12/06/2017 | 01/04/2018 | PA0002097418 |
| 19 | 98153548043304286256 0A17C31FDF7BFC937CA2 | 06/04/2017 13:21:42 | Blacked | 05/25/2017 | 06/22/2017 | PA0002039290 |
| 20 | A7B696A97C4BEA852C86BF8A9BEA96CB4C9A3B10 | 06/01/2018 13:44:16 | Blacked Raw | 05/22/2018 | 07/14/2018 | PA0002128073 |
| 21 | A827B61B71B5F572AFF3A7E16BBA64710DF9E983 | 01/12/2019 17:35:38 | Vixen | 12/20/2017 | 01/15/2018 | PA0002099694 |
| 22 | AA9ED9DD3EFDAACDB6CD24D4F7D42F7DA848DE20 | 05/25/2017 13:01:06 | Blacked | 04/25/2017 | 06/15/2017 | PA0002037576 |
| 23 | AE239D62AECAF3E11B72744CA93C44F09BAECD9C | 02/22/2018 19:04:10 | Blacked Raw | 02/11/2018 | 03/02/2018 | PA0002104740 |
| 24 | B0FE13ECF5F84AEAC8C53B134AC336CFB843CF0D | 11/05/2017 17:44:05 | Blacked | 10/27/2017 | 11/27/2017 | PA0002098016 |
| 25 | BF0780F2FFDA83874CCA51107D499AED2E52AD92 | 12/21/2017 13:23:22 | Blacked Raw | 12/08/2017 | 01/02/2018 | PA0002097423 |
| 26 | D7FF2A6B26A8EB9B131FD59C812EAEAE049D7C8C | 01/13/2019 15:16:53 | Vixen | 04/04/2018 | 04/17/2018 | PA0002116740 |
| 27 | E8FDE02B470854F96FE03570C920B30F274A14E2 | 08/23/2018 11:38:40 | Tushy | 08/14/2018 | 09/01/2018 | PA0002119587 |
| 28 | FD802FEC62F3CCA171872B3588DFB464F9217C69 | 05/25/2017 13:01:11 | Blacked | 05/20/2017 | 06/22/2017 | PA0002039289 |
| 29 | FE02F2A21D11DA6DDD57334B205EE6AAC2A01263 | 01/12/2019 17:36:57 | Vixen | 01/04/2018 | 01/15/2018 | PA0002070947 |